UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO GUERRERO ESPINOSA,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICER DIRECTOR,<br><br>Respondent. | CASE NO. 2:26-cv-00034-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Petitioner's application to proceed in forma pauperis, Dkt. # 3, is GRANTED.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 16th day of January 2026.

                                            Joshua C. Lewis
                                            Clerk

                                            */s/Ashleigh Drecktrah*
                                            Deputy Clerk

MINUTE ORDER - 1